■ ROBERT REYNOLDS et al., Appellants, v A. C. TOWNE CORPORATION, Defendant and Third-Party Plaintiff and PULLMAN AND SWINDELL, a Division of PULLMAN, INC., Respondent. TOWNE INDUSTRIAL CORPORATION, Third-Party Defendant-Respondent, et al., Third-Party Defendants. (Appeal No. 2.)—Judgment unanimously affirmed without costs. Same memorandum as in *Reynolds v Towne Corp.* ([appeal No. 1] 132 AD2d 952 ([decided herewith]). (Appeal from judgment of Supreme Court, Onondaga County, Stone J.—dismiss complaint.) Present—Callahan, J. P., Doerr, Denman, Pine and Davis, JJ.

■ ROBERT REYNOLDS et al., Appellants, v A. C. TOWNE CORPORATION, Defendant and Third-Party Plaintiff, and PULLMAN AND SWINDELL, a Division of PULLMAN, INC., et al., Respondents. TOWNE INDUSTRIAL CORPORATION, Third-Party Defendant-Respondent, et al., Third-Party Defendants. (Appeal No. 3.)—Order unanimously affirmed without costs. Same memorandum as in *Reynolds v Towne Corp.* ([appeal No. 1] 132 AD2d 952 [decided herewith]). (Appeal from order of Supreme Court, Onondaga County, Stone, J.—dismiss complaint.) Present—Callahan, J. P., Doerr, Denman, Pine and Davis, JJ.